EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Antonio E. Arraiza Miranda | 2014 TSPR 68<br><br>190 DPR ____ |

Número del Caso: TS-3622

Fecha: 28 de mayo de 2014

Abogada del Peticionario:

        Lcda. Carmen I. Navas
        Procuradora del Abogado(a)
        del Colegio de Abogados de Puerto Rico

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Antonio E. Arraiza Miranda

TS-3622

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de mayo de 2014.

Examinada la *Solicitud de Reinstalación Cumplida la Suspensión Impuesta* presentada por el Sr. Antonio E. Arraiza Miranda, se autoriza su reinstalación al ejercicio de la abogacía y notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo